UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff<br><br>     v.<br><br>JULIUS C. DIXON,<br><br>                  Defendant. | No. 2:23-CR-00086-TOR<br><br>ORDER ACCEPTING PRETRIAL DIVERSION AGREEMENT |

Upon review and consideration of the Pretrial Diversion Agreement proposed by the Parties, it is hereby

ORDERED that, without passing judgment on the merits or wisdom of the diversion, the Pretrial Diversion Agreement is Approved;

FURTHER ORDERED that, pursuant to the Pretrial Diversion Agreement and 18 U.S.C. § 3161(h)(2), prosecution shall be deferred for up to 48 months, or up to 60 months if the term of the agreement is extended by the Court;

FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(2) and the Pretrial Diversion Agreement between the Parties, the time period for 48 months from the date of issuance of this Order, or up to 60 months if the term of the agreement is extended by the Court, shall be excluded for purposes of computing time under the Speedy Trial Act.

ORDER ACCEPTING PRETRIAL DIVERSION AGREEMENT - 1

1    The District Court Executive is directed to enter this Order and provide
2 copies to the parties.
3    DATED September 20, 2023.



THOMAS O. RICE
United States District Judge

ORDER ACCEPTING PRETRIAL DIVERSION AGREEMENT - 2